NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMBASE CORPORATION**
**AND CARTERET BANCORP, INC.,**
*Plaintiffs-Cross Appellants,*

**AND**

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
*Plaintiff-Cross Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2012-5047, -5048, -5049

---

Appeals from the United States Court of Federal Claims in case no. 93-CV-531, Senior Judge Loren A. Smith.

---

**ON MOTION**

---

**O R D E R**

The parties move to dismiss these appeals due to settlement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.   The appeals are dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

NOV 0 9 2012
_____                          /s/ Jan Horbaly
Date                                     Jan Horbaly
                                         Clerk

cc: Charles J. Cooper, Esq.
    John M. Dorsey, III, Esq.
    Jeanne E. Davidson, Esq.

s21

Issued As A Mandate: ____NOV 0 9 2012____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 9 2012

JAN HORBALY
CLERK